IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Taylor, Monique L

Printed: 2/19/08

Case Number: 07 B 15508
Judge: Squires, John H
Filed: 8/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: January 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,499.99 |  |
| Secured: |  | 375.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,044.00 |
| Trustee Fee: |  | 80.99 |
| Other Funds: |  | 0.00 |
| Totals: | 1,499.99 | 1,499.99 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 3,493.00 | 1,044.00 |
| 3. | CarMax Auto Finance | Secured | 8,100.00 | 375.00 |
| 4. | CarMax Auto Finance | Unsecured | 502.09 | 0.00 |
| 5. | Capital One | Unsecured | 49.93 | 0.00 |
| 6. | Universal Lenders Inc | Unsecured | 118.34 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 21.71 | 0.00 |
| 8. | Capital One | Unsecured | 279.24 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 10. | Target National Bank | Unsecured | 79.88 | 0.00 |
| 11. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 12. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 13. | Check N Go | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 16. | Comcast | Unsecured |  | No Claim Filed |
| 17. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 18. | Robert J Semrad & Associates | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | Village Of Bellwood | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,162.19 | $ 1,419.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 80.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Taylor, Monique L | Case Number:  07 B 15508 |
| | Judge:  Squires, John H |
| Printed:  2/19/08 | Filed:  8/27/07 |

_____
$ 80.99

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

